**Opinion issued August 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-14-00594-CV

———————————————

## KEN JOHNSON, Appellant

## V.

## HARRIS COUNTY, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1034885**

---

## MEMORANDUM OPINION

The appellant, Ken Johnson, filed a notice of appeal on July 10, 2014 in the trial court, appealing from the Special Commissioner's Hearing held on June 23, 2014 in this eminent domain action. On July 22, 2014, the trial court clerk filed a "Notice of Letter of Assignment Filed in Error" asking that the notice of appeal,

filed in this Court on July 15, 2014, be dismissed due to the trial court clerk's error, because it should have been filed as an Objection to the Award of Special Commissioners in the trial court.

On July 29, 2014, the Clerk of this Court issued a Notice that this Court may dismiss this appeal for want of jurisdiction unless appellant filed a response within 10 days of the Notice explaining how this Court had jurisdiction over this appeal. The court reporter timely filed a letter confirming that this appeal was filed in error. Appellant did not timely respond to the Notice.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

2